UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-10007-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA

     Plaintiff,

vs.

FRANCISCO NAPOLEON GUTIERREZ-MATUTE,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District

Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on February 9, 2018.

A Report and Recommendation was filed on February 28, 2018, [ECF No. 17], recommending

that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file

objections to the Report and Recommendation, however none were filed. The Court has

reviewed the entire file and record and notes that no objections have been filed. After careful

consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is

hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 17] of

United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in its

entirety.

The Defendant is adjudged guilty to the sole count of the Information, which charges him

with illegal re-entry into the United States after deportation, in violation of 8 U.S.C. § 1326(a).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of March, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office